IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BRITTANY GEEVER,** on behalf of herself, and all other plaintiffs similarly situated, known and unknown, <br><br> Plaintiff, <br><br> v. <br><br> **PEACHES BOUTIQUE LLC, AN ILLINOIS LIMITED LIABILITY COMPANY, ROY SURDEJ, INDIVIDUALLY, AND BARBARA SURDEJ, INDIVIDUALLY** <br><br> Defendants. | **No.** 20-cv-07537 <br><br> **The Honorable Andrea R. Wood District Court Judge** <br><br> The Honorable Young B. Kim Magistrate Judge |

**PLAINTIFF'S MOTION FOR FINAL APPROVAL OF PARTIES'
JOINT STIPULATION AND AGREEMENT TO SETTLE
CLASS ACTION AND OTHER CLAIMS**

Plaintiff, Brittany Geever ("Plaintiff"), on behalf of herself and all others similarly situated, hereby moves this Court for an order of Final Approval of the Parties' Joint Stipulation of Settlement and Agreement to Settle Class Action and Other Claims. In further support of this Agreed Motion, Plaintiff has contemporaneously herewith filed a Memorandum in Support.[1]

*Electronically Filed on 05/06/2022*

Respectfully Submitted,

By: s/ *John W. Billhorn*

John W. Billhorn
Samuel D. Engelson
BILLHORN LAW FIRM

---

[1] The Parties were unable to complete a full exchange and review of materials as to mark this Motion "agreed" prior to the deadline for this Motion. While Plaintiff does not expect any substantive disagreements from Defendants, should any discrepancies exist, Defendants will provide a supplemental filing or the Parties will otherwise advise the Court via revised filing or at a scheduled hearing.

53 West Jackson Blvd., Suite 1137
Chicago, Illinois 60604
(312) 853-1450

*Attorneys for Plaintiff, and all other Plaintiffs
similarly situated, known and unknown*

2