UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Brittany Geever

                              Plaintiff,

v.                                                  Case No.: 1:20−cv−07537

                                                          Honorable Andrea R. Wood

Peaches Boutique LLC, an Illinois Limited Liability Company, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 25, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic hearing held on 10/25/2022. The Court finds that the proposed class settlement is fair, reasonable, and adequate, and otherwise satisfies the requirements set forth in Federal Rule of Civil Procedure 23(e). Accordingly, Plaintiff's motion for final approval of parties' joint stipulation and agreement to settle class action and other claims [30] is granted. Plaintiff shall submit an updated word version of their proposed order to the Court's proposed order inbox and the courtroom deputy within 24 hours. All other pending motions are terminated as moot. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.