UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Brittany Geever

          Plaintiff,

v.           Case No.: 1:20−cv−07537

          Honorable Andrea R. Wood

Peaches Boutique LLC, an Illinois Limited Liability Company, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 22, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Consistent with the Court's 10/25/2022 Order [40], the Clerk is directed to enter the Order Granting Final Approval of Settlement and Dismissing Claims. The Clerk is directed to maintain Exhibit A to the Order under seal until further order of the Court. So that the docket reflects when the dismissal order converts to a dismissal with prejudice, the parties shall file a short status report confirming delivery of payments to class members within 14 days of such delivery. Plaintiff's motion for entry of final order [41] is terminated as moot. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.