IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRITTANY GEEVER, on behalf of herself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) ) | |
| Plaintiff, | ) ) ) | No. 20-cv-07537 |
| v. | ) ) ) | Andrea R. Wood, District Court Judge |
| PEACHES BOUTIQUE LLC, an Illinois limited liability company, ROY SURDEJ, individually, and BARBARA SURDEJ, individually, | ) ) ) ) ) ) | Young B. Kim, Magistrate Judge |
| Defendants. | | |

**ORDER GRANTING FINAL APPROVAL OF**
**<u>SETTLEMENT AND DISMISSING CLAIMS</u>**

This cause comes before the Court upon Plaintiff's Agreed Motion for Final Approval of the Parties' Stipulation and Agreement to Settle Class Action and Other Claims (the "Settlement Agreement"). The Court has reviewed the Settlement Agreement and the exhibits attached thereto and finds that the proposed settlement is within the range of fair, reasonable, and adequate resolution of the issues in this proceeding and, therefore,

**IT IS ORDERED** that:

1. The following Settlement Class is certified for settlement purposes:

"All current and former hourly employees of Peaches Boutique LLC ("Peaches Boutique") who were paid their straight time rates of pay for all hours worked, including hours worked in excess of 40 in individual work weeks during the period from December 18, 2017 to approximately July 1, 2018, and who have not previously settled or definitively resolved their claims against Peaches Boutique with Court approval in the matter of *Alamo v. Peaches Boutique LLC, et al*, Case No. 18-cv-04394 in the United States District Court for the Northern District of Illinois."

2. The Court finds that American Legal Claims Services, LLC, the appointed Settlement Administrator, has satisfied all requirements the Court set forth in its Preliminary Approval Order.

3. The Court finds that the direct-mail notice program used in this case, along with the additional notice measures performed in this matter, satisfies Rule 23(e) of the Federal Rules of Civil Procedure and the Due Process Clause of the United States Constitution.

4. The Court acknowledges that notice of settlement was made by Defendants pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715.

5. The Court has determined the terms of the settlement to be a fair, reasonable, and adequate resolution of this matter, and that the settlement itself was the result of arm's-length negotiations conducted by counsel, and hereby approves a total Class Fund of $100,000.00, to be paid pursuant to the terms of the Settlement Agreement herein approved.

6. The Court approves payment by Defendants to Class Counsel pursuant to the terms of the Settlement Agreement, in the total amount of $33,333.00 as and for attorneys' fees and costs incurred in the prosecution of the individual and class claims herein, to be allocated as follow: $23,333, or 23.333% of the total Class Fund, to be paid from the proceeds of the Class Fund. Additionally, Defendants shall pay $10,000.00 to Class Counsel directly, reflecting Class Counsel's negotiated lodestar fee under the fee-shifting provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 206-207, the Illinois Minimum Wage Law ("IMWL"), 820 ILCS §105/1 *et seq.*, and the Chicago Minimum Wage Ordinance ("CMWO"), § 1-24-10 of the Municipal Code of Chicago.

7. The Court approves payment by Defendants to the Named Plaintiff, BRITTANY GEEVER pursuant to the terms of the Settlement Agreement, in the amount of $2,500 as incentive award for her participation as Class Representative in this case, said $2,500 to be deducted from Unclaimed Funds as provided in Paragraph No. 9 below.

8.      The Court approves payment by Defendants to American Legal Claims Services, LLC pursuant to the terms of the Settlement Agreement, in the amount of $3,000.00, said $3,000 to be deducted from Unclaimed Funds as provided in Paragraph No. 9 below.

9.      The Court approves payment by Defendants to Class Members who returned valid and timely claim forms in the amount of $71,166 pursuant to the terms of the Settlement Agreement, allocated as reflected on **Exhibit A**, reflecting a supplemental payment of all Unclaimed Funds, on a *pro rata* basis, to the Class Members who timely opted into the action in accordance with the applicable provisions of the Settlement Agreement. Defendants are to provide Class Counsel with a declaration, within five (5) days of forwarding to the Class members the payments listed on **Exhibit A**, attesting to said mailing.

10.     The Court hereby grants Final Approval of the Parties' Stipulation and Agreement to Settle Class Action and Other Claims, including the release of all claims by Class Members who have not excluded themselves from the settlement, and directs that all of the foregoing payments shall be made in accordance with the applicable terms of the Settlement Agreement.

11.     The Court hereby dismisses this case *without prejudice*, to be converted to *with prejudice,* 21 days after Defendants have delivered all of the above referenced payments to Plaintiffs' counsel, Class Members and the Administrator, unless a Party or the Parties petition the Court otherwise.

ENTERED:

_____
Andrea R. Wood
United States District Judge

Date:  November 22, 2022

3